BEFORE THE THIRD DIVISION, SEPTEMBER 16, 1942

**No. 47555.**—Protests 8178–K, etc., of American President Lines et al. (Honolulu, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47556.**—Protests 813046–G/85384, etc., of G. W. Sheldon & Co. et al. (Chicago, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47557.**—Protests 844298–G (B), etc., of P. Alonge & Bros. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47558.**—Protests 948667–G, etc., of Baltimore & Ohio R. R. Co. et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47559.**— Protest 46196–K of Butler Bros. (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty. The protest was therefore sustained as to certain of the items.